Case 1:23-cr-00100-TBM-RPM   Document 33   Filed 07/23/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
Jul 23 2024
ARTHUR JOHNSTON, CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSE IGNACIO DE LA CRUZ-OSORIO a/k/a Jose Ignacio Delacruz-Osorio, a/k/a Jose De La Cruz Osorio, a/k/a Jose Ignacio Osorio, a/k/a Jose Cruz-Osorio, a/k/a Jose Ignacio Osorio-Delaccruz, a/k/a Jose Osorio-Dela Cruz, a/k/a Jose Ignacio De La Cruz | ) Case No: 1:23cr100TBM-RPM-001 <br> ) USM No: 67381-479 |
| Date of Original Judgment: 01/09/2024 | ) Abby Brumley Edwards |
| Date of Previous Amended Judgment: | ) *Defendant's Attorney* |
| *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/09/2024 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/23/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Taylor B. McNeel,  U.S. District Judge
*Printed name and title*